UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                                :
                                                      :
    ANDREW RONALD BERNSTEIN,        : Case No: 20-30851
                                                      : Chapter 13
    Debtor.                          :

## ORDER APPROVING SHORT SALE OF REAL PROPERTY

The Debtor having filed his Motion to Approve Short Sale of Real Property; Notice having been given to Carl M. Bates, the duly appointed Chapter 13 Trustee, and all creditors and parties in interest; and the Chapter 13 Trustee and counsel filing the sole objection having consenting to this order, as evidenced by their endorsements below; it is,

ORDERED, that the Court approves of the sale of the Debtor's interest in the following described real property to Equity Trust Company Custodian FBO John M. Fauver IRA, Kimberly Anderson, and Sarah Anderson, for Four Hundred Six Thousand Dollars ($406,000):

> All that certain lot, piece or parcel of land, lying and being in the County of Chesterfield, Virginia, known numbered and designated s Lot 8, Block A, Section B, all as shown on plat entitled "Cross Creek, Section B, Chesterfield County, Virginia", made by Balzer & Associates, Inc., Architects, Engineers & Surveyors, dated February 11, 1987, recorded March 16, 1987, in the Clerk's Office, Circuit Court, Chesterfield County, Virginia in Plat Book 56, page 46 to which said plat reference is hereby made for a particular description of the said property.
>
> BEING the same real estate conveyed to Andrew R. Bernstein by Deed of Bargain and Sale from Chesterfield Construction Services, Inc., a Virginia Corporation, dated February 21, 1990, and recorded March 1, 1990 in Deed Book 2074 at page 882, among the land records of Chesterfield County, Virginia;

James H. Wilson, Jr., VSB No: 27878
Counsel for Debtor
4860 Cox Road, Suite 200
Glen Allen, VA  23060
(804) 740-6464

1

and known as 3304 Crossings Way, Midlothian, Virginia 23113;

Tax PID no: 722-72-21-37-000-000; and it is further,

ORDERED, that the proceeds of the sale will be used to: (a) pay $380,000 to the holder of the note secured by the first deed of trust, and make a partial payment to the holder of the note secured by the second deed of trust; (b) pay related administrative closing and settlement costs, including an agreed seller subsidy toward the purchasers' closing costs and fees as agreed, and a real estate agent's sales commission to the Debtor; and (c) pay any excess funds over to the chapter 13 trustee.

May 26 2021

/s/ Keith L Phillips
Keith L. Phillips
United States Bankruptcy Judge

Entered on Docket: May 28 2021

I ASK FOR THIS:

/s/ James H. Wilson, Jr.
James H. Wilson, Jr.
Counsel for Debtor
VSB No: 27878
4860 Cox Road, Suite 200
Glen Allen, VA  23060
(804) 740-6464

SEEN AND AGREED:

/s/ Carl M. Bates
Carl M. Bates, Chapter 13 Trustee
P. O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800

SEEN AND AGREED:

/s/ Daniel K. Eisenhauer
Daniel K. Eisenhauer, Esq., VSB No: 85242
Counsel for U.S. Bank Trust, N.A., Trustee
P.O. Box 2548
Leesburg, VA 20177
703-777-7101

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ James H. Wilson, Jr.
James H. Wilson, Jr.

PARTIES TO RECEIVE COPIES:

Carl M. Bates, Chapter 13 Trustee
P. O. Box 1819
Richmond, VA 23218

James H. Wilson, Jr.
Attorney & Counsellor at Law
4860 Cox Road, Suite 200
Glen Allen, VA 23060

Daniel K. Eisenhauer, Esq.
P.O. Box 2548
Leesburg, VA 20177

James H. Wilson, Jr., VSB No: 27878
Counsel for Debtor
4860 Cox Road, Suite 200
Glen Allen, VA 23060
(804) 740-6464

3